IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JEREMIAH P. KING,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00676-O-BP |
| § | |
| **FORT WORTH COMMUNITY** § | |
| **CREDIT UNION,** § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** due to failure to pay the filing fee.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **14th** day of **October, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE